## 57466. THE STATE v. REID.

BANKE, Judge.

The judgment of this court in *State v. Reid,* 149 Ga. App. 685 (255 SE2d 71) (1979), is vacated in accordance with the decision of the United States Supreme Court (No. 79-448, decided June 30, 1980); and the order of the superior court sustaining the defendant's motion to suppress is hereby affirmed.

*Judgment affirmed. McMurray, P. J., and Smith, J., concur.*

SUBMITTED MARCH 6, 1979 — DECIDED OCTOBER 10, 1980 —

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Richard E. Hicks, Assistant District Attorneys,* for appellant.

*Dennis S. Mackin,* for appellee.